

# Fourth Court of Appeals
## San Antonio, Texas

Tuesday, May 10, 2016

No. 04-12-00294-CR

Vanessa **CAMERON**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4286C
Honorable Ron Rangel, Judge Presiding

# O R D E R

In an opinion on rehearing delivered on March 2, 2016, the Texas Court of Criminal Appeals reversed our judgment in this appeal, and remanded the case to this court to apply the principles discussed in the opinion. *See Cameron v. State*, No. PD-1427-13, 2016 WL 859173 (Tex. Crim. App. Mar. 2, 2016). After the mandate was issued, we set new briefing deadlines for the parties to file amended briefs, if desired. Before her amended brief was due, appellant Vanessa Cameron filed a notice informing this court that she intends to seek review of the Court of Criminal Appeal's March 2, 2016 opinion by filing a petition for writ of certiorari in the United States Supreme Court. Appellant requests that we stay our consideration of the issues on remand in this appeal until the petition for writ of certiorari is resolved by the United States Supreme Court. The State responded by expressing its doubt that the petition for certiorari will be granted, but did not oppose the abatement, expressly leaving the decision to this court's discretion.

Accordingly, we ORDER this appeal ABATED. For administrative purposes, the appeal will be treated as a closed case, unless and until it is reinstated by court order. It is further ORDERED that appellant file in this court a copy of the United States Supreme Court's order and/or opinion disposing of appellant's petition for certiorari review ***within ten (10) days*** after it becomes final.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2016.



_____
Keith E. Hottle
Clerk of Court